# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Robert Timothy Hudspeth,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Lisa Marie Hudspeth,<br><br>　　　　　Defendant. | Case No. 2:24-cv-01884-APG-DJA<br><br>**Order** |

Before the Court is Plaintiff Robert Timothy Hudspeth's motion for leave to file documents electronically. (ECF No. 6). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Plaintiff appears to have access to a word processing program. Because the Court finds that Plaintiff is capable of filing electronically, it grants the motion. (ECF No. 6).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 6) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

DATED: October 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE